No. 196. GORHAM MANUFACTURING COMPANY v. JAMES A. WENDELL, INDIVIDUALLY, ETC., ET AL. Appeal from the District Court of the United States for the Southern District of New York. Motion for substitution submitted December 11, 1922. Order entered January 2, 1923. ORDER: On consideration of the motion to substitute parties appellees, It is ordered that a rule to show cause why the case as to the Comptroller should not be dismissed, in view of *Irwin* v. *Wright*, 258 U. S. 219, and *United States* v. *Butterworth*, 169 U. S. 600, shall issue. *Mr. George Carlton Comstock* and *Mr. Robert C. Beatty* for appellant. *Mr. Claude T. Dawes* for appellees.

---

Nos. 173 and 174. CLYDE CHANDLER v. STATE OF TEXAS;
Nos. 175 and 176. JOHN CHANDLER v. STATE OF TEXAS. Error to the Court of Criminal Appeals of the State of Texas. Submitted January 5, 1923. Decided January 8, 1923. *Per Curiam.* Affirmed upon the authority of *Vigliotti* v. *Pennsylvania*, 258 U. S. 403; *United States* v. *Lanza*, 260 U. S. 377. *Mr. J. M. Edwards* and *Mr. E. P. Miller* for plaintiffs in error. *Mr. W. A. Keeling* for defendant in error

---

No. 157. UNITED STATES v. RAY JANES ET AL. Error to the District Court of the United States for the District of Colorado. Argued January 11, 1923. Decided January 15, 1923. *Per Curiam.* Judgment reversed, and cause remanded for further proceedings. *McKelvey* v. *United States,* 260 U. S. 353. *Mr. H. L. Underwood,* with whom *Mr. Solicitor General Beck* and *Mr. Assistant to the Attorney General Seymour* were on the brief, for the United States. *Mr. N. Walter Dixon,* with whom *Mr. John R. Clark* and *Mr. William H. Dickson* were on the brief, for defendants in error.